THEODORE B. STOLMAN (State Bar No. CA 52099)
TStolman@Stutman.com
WHITMAN L. HOLT (State Bar No. CA 238198)
WHolt@Stutman.com
STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788

ROBERT W. JONES (State Bar No. TX 10951200)
RWJones@pattonboggs.com
BRENT R. MCILWAIN (State Bar No. TX 24013140)
Bmcilwain@pattonboggs.com
PATTON BOGGS LLP
2001 Ross Avenue, Suite 3000
Dallas, TX 75201-8001
Telephone: (214) 758-1500
Facsimile: (214) 758-1550

Attorneys for Plaintiff Fremont General Corporation;
Reorganization Counsel for Debtor and Debtor in Possession

<u>Debtor's Mailing Address:</u>
2727 East Imperial Highway
Brea, California 92821

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>FREMONT GENERAL CORPORATION,<br>a Nevada corporation,<br><br>    Debtor.<br><br>FREMONT GENERAL CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL RELOCATION SERVICES, INC., a California corporation, MIKE GARRETT, an individual, and DOES 1-100,<br><br>    Defendants. | Adv. Pro. No. 8:08-ap-_____-ES<br><br>Case No. 8:08-bk-13421-ES<br><br>CHAPTER 11<br><br>**DECLARATION OF SERVICE RE:**<br><br>**1. NOTICE OF REQUIREMENT TO COMPLY WITH RULE 7026 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND LOCAL BANKRUPTCY RULE 7026-1**<br><br>**2. COMPLAINT FOR (1) CONVERSION; (2) NEGLIGENCE; (3) BREACH OF IMPLIED CONTRACT; (4) UNFAIR COMPETITION; (5) UNJUST ENRICHMENT;...; AND**<br><br>**3. SUMMONS AND NOTICE OF STATUS CONFERENCE** |

480867v1

# DECLARATION OF SERVICE

I, Cheryl Woods, am over the age of 18 years and not a party to the within action. I am employed in an office that employs a member of the bar of this court, at whose direction the within service was made. My business address is Stutman, Treister & Glatt, Professional Corporation, 1901 Avenue of the Stars, 12th Floor, Los Angeles, California 90067-6013.

On November 26, 2008, I served the following pleadings:

1. **NOTICE OF REQUIREMENT TO COMPLY WITH RULE 7026 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND LOCAL BANKRUPTCY RULE 7026-1**

2. **COMPLAINT FOR (1) CONVERSION; (2) NEGLIGENCE; (3) BREACH OF IMPLIED CONTRACT; (4) UNFAIR COMPETITION; (5) UNJUST ENRICHMENT; (6) AVOIDANCE AND RECOVERY OF UNAUTHORIZED POSTPETITION TRANSFERS; (7) TURNOVER OF PROPERTY; (8) WILLFUL VIOLATION OF THE AUTOMATIC STAY; (9) DISALLOWANCE OF CLAIMS; AND (10) EQUITABLE SUBORDINATION OF CLAIMS; AND**

3. **SUMMONS AND NOTICE OF STATUS CONFERENCE**

on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, with first class postage thereon fully prepaid, in the United States mail at Los Angeles, California, and by Federal Express for Priority Next Business Day Delivery, addressed as .follows:

Defendant
National Relocation Services, Inc.
2671 Pomona Blvd.
Pomona, CA 91768

Registered Agent for Defendant
National Relocation Services, Inc.
Attn: Lawrence Inouye
2671 Pomona Blvd.
Pomona, CA 91768

Defendant
Mike Garrett
2671 Pomona Blvd.
Pomona, CA 91768

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 26, 2008, at Los Angeles, California.

/s/ *Cheryl Woods*
Cheryl R. Woods, Declarant

480867v1