THEODORE B. STOLMAN (State Bar No. CA 52099)
TStolman@Stutman.com
WHITMAN L. HOLT (State Bar No. CA 238198)
WHolt@Stutman.com
STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone:     (310) 228-5600
Facsimile:     (310) 228-5788

ROBERT W. JONES (State Bar No. TX 10951200)
RWJones@pattonboggs.com
BRENT R. MCILWAIN (State Bar No. TX 24013140)
BMcIlwain@pattonboggs.com
PATTON BOGGS LLP
2001 Ross Avenue, Suite 3000
Dallas, TX 75201-8001
Telephone:     (214) 758-1500
Facsimile:     (214) 758-1550

Attorneys for Plaintiff Fremont General Corporation;
Reorganization Counsel for Debtor and Debtor in Possession

Debtor's Mailing Address:
2727 East Imperial Highway
Brea, California 92821

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>FREMONT GENERAL CORPORATION,<br>a Nevada corporation,<br><br>    Debtor. | Adv. Pro. No. 8:08-ap-01470-ES<br><br>Case No. 8:08-bk-13421-ES<br><br>CHAPTER 11 |
| FREMONT GENERAL CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL RELOCATION SERVICES, INC., a California corporation, MIKE GARRETT, an individual, and DOES 1-100,<br><br>    Defendants. | **ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR**<br><br>[NO HEARING REQUIRED] |

486611v1

**ORIGINAL**

1   This Adversary Proceeding, *Fremont General Corporation v.
2   National Relocation Services, Inc., et al. (In re Fremont General
3   Corporation)*, is hereby assigned to the Bankruptcy Mediation
4   Program of this district, and the following are appointed as
5   Mediator and Alternate Mediator:

| **Mediator:** | **Alternate Mediator:** |
|---|---|
| GREGORY S. ABRAMS, ESQ.<br>ASK Financial<br>17401 Ventura Boulevard, Suite B-21<br>Encino, CA 91316<br>Telephone: (818) 462-0401<br>Facsimile: (818) 609-9686<br>E-Mail: GAbrams@ASKFinancial.com | David A. Gill, ESQ.<br>Dannning, Gill, Diamond & Kollitz LLP<br>2029 Century Park East, 3rd Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 277-0077<br>Facsimile: (310) 277-5735<br>E-mail: dgill@dgdk.com |

The attorneys for the parties are:

| **Attorneys for Debtor-Plaintiff:** | **Attorneys for Defendants:** |
|---|---|
| THEODORE B. STOLMAN<br>WHITMAN L. HOLT<br>STUTMAN, TREISTER & GLATT, P.C.<br>1901 Avenue of the Stars, 12th Fl.<br>Los Angeles, CA 90067<br>Telephone: (310) 228-5600<br>Facsimile: (310) 228-5788<br>E-Mail: WHolt@Stutman.com | GREGG W. BRUGGER<br>KATHERINE E. HAY<br>WATERS, McCLUSKEY & BOEHLE<br>200 North Sepulveda Blvd., Ste. 300<br>El Segundo, CA 90245<br>Telephone: (310) 396-3411<br>Facsimile: (310) 450-0925<br>E-Mail: gbrugger@wmboehle.com |

Description of the Matter:

1. [ ] Objection to claim/claim resolution

2. [ ] Plan

   [ ] Objection to plan confirmation

   [ ] Plan formulation/negotiation

3. [ ] Valuation

4. [ ] Preference

5. [ ] Fraudulent transfer

6. [ ] Lien avoidance

7. [ ] Dischargeability

1

486611v1

| | | | |
|---|---|---|---|
| 1 | | | Specify grounds: _____ |
| 2 | 8. | [XX] | Other. Please specify: Litigation of multiple claims arising under several sections of the Bankruptcy Code and California state law. |

Amount of money at issue in Matter:

1.  [ ]   $0 to $1,000
2.  [ ]   $1,001 to $10,000
3.  [ ]   $10,001 to $50,000
4.  [ ]   $50,001 to $100,000
5.  [ ]   $100,001 to $500,000
6.  [ ]   $500,001 to $1,000,000
7.  [ ]   $1,000,001 to $5,000,000
8.  [ ]   $5,000,001 to $10,000,000
9.  [ ]   If more than $10,000,000, state amount:
10. [ ]   Money not at issue.
11. [XX]  Unknown - damages are based in part on the value of the items of property underlying the Adversary Proceeding, which is a disputed factual issue.

**Instructions from the Court:**

A.  <u>Re filing and service of this Order:</u>

    1.  <u>If Order is submitted to Court by party(ies):</u>

        (a) <u>The party(ies) submitting this Order shall file the following with the Court: (a) the original and three (3) copies of this Order, (b) the original and three (3) copies of a Notice of Entry of this Order, and (c) a proof of service which reflects service of this Order on the Mediator, the Alternate Mediator, the Mediation Program Administrator (Hon. Barry Russell) and any</u>

2

486611v1

individual(s) and/or entity(ies) and/or other interested party(ies) as may be designated by the Judge.

    2.   If Order is prepared by the Judge:

        (a) The following individual shall serve a copy of this Order on the Mediator, the Alternate Mediator, and the Mediation Program Administrator (Hon. Barry Russell): _____

_____

_____

        (b) The following additional individual(s) and/or entity(ies) and/or other interested party(ies) shall be served by the individual designated in note 2(a) above with a copy of this Order: [Attach additional page(s) if necessary.] _____

_____

_____

        (c) The individual designated in note 2(a) above shall file an original proof of service which reflects service of this Order on the Mediator, the Alternate Mediator, the Mediation Program Administrator, and the individual(s) and/or entity(ies) and/or other interested party(ies) listed in note 2(b) above. _____

(B)  Other: [Attach additional page(s) if
     necessary.] _____

_____

_____

486611v1

|     |                                                                                                |
| --- | ---------------------------------------------------------------------------------------------- |
| 1   | The parties are to comply with the provisions of Second                                        |
| 2   | Amended General Order No. 95-01.                                                               |

**IT IS SO ORDERED:**

DATED: May 14, 2009

_____
ERITHE A. SMITH
UNITED STATES BANKRUPTCY JUDGE

**SUBMITTED JOINTLY BY:**

DATED: May 8, 2009         Stutman, Treister & Glatt, P.C.
                           (Name of Party's Counsel)
                           Counsel for Fremont General Corp.

                           _____
                           (Signature of Party's Counsel)

DATED: May 8, 2009         Waters, McCluskey & Boehle
                           (Name of Party's Counsel)
                           Counsel for National Relocation
                           Services, Inc. and Mike Garrett

                           _____
                           (Signature of Party's Counsel)

cc:  Hon. Barry Russell
     Mediation Program Administrator
     United States Bankruptcy Court
     255 East Temple Street, Suite 1660
     Los Angeles, California 90012

4

486611v1

1    The parties are to comply with the provisions of Second
2    Amended General Order No. 95-01.
3
4           **IT IS SO ORDERED:**
5    DATED: May    , 2009
                                        _____
6                                       ERITHE A. SMITH
                                        UNITED STATES BANKRUPTCY JUDGE
7
     **SUBMITTED JOINTLY BY:**
8
9
     DATED:   May 8, 2009              Stutman, Treister & Glatt, P.C.
10                                     (Name of Party's Counsel)
                                       Counsel for Fremont General Corp.
11
12                                     _____
                                       (Signature of Party's Counsel)
13
14   DATED:   May 8, 2009              Waters, McCluskey & Boehle
                                       (Name of Party's Counsel)
15                                     Counsel for National Relocation
                                       Services, Inc. and Mike Garrett
16
                                       _____
17                                     (Signature of Party's Counsel)
18
19   cc:  Hon. Barry Russell
          Mediation Program Administrator
20        United States Bankruptcy Court
          255 East Temple Street, Suite 1660
21        Los Angeles, California 90012
22
23
24
25
26
27
28

                                    4

486611v1

| In re: FREMONT GENERAL CORPORATION, a Nevada corporation<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 8:08-bk-13421-ES |
|---|---|
| Fremont General Corporation,<br>Plaintiff(s).<br><br>vs.<br><br>NATIONAL RELOCATION SERVICES, INC., a California corporation,<br>MARK GARRETT, an individual, and DOES 1-100.,<br>Defendant(s) | Adversary No.: 8-08-ap-1470-ES |

### NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of May 8, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

    See following page.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

    See following page.

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☒ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9021-1.1

| In re: FREMONT GENERAL CORPORATION, a Nevada corporation | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 8:08-bk-13421-ES |
| Fremont General Corporation,<br>Plaintiff(s).<br>vs.<br>NATIONAL RELOCATION SERVICES, INC., a California corporation,<br>MARK GARRETT, an individual, and DOES 1-100.,<br>Defendant(s) | Adversary No.: 8-08-ap-1470-ES |

## SERVICE BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Whitman L Holt     wholt@stutman.com
United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

## TO BE SERVED BY THE COURT/BNC

| United States Trustee<br>411 West Fourth Street, Suite 9041<br>Santa Ana, CA 92701-4593 | Counsel for the Debtor-Plaintiff<br>Theodore B. Stolman<br>Whitman L. Holt<br>STUTMAN, TREISTER & GLATT P.C.<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067 |
|---|---|
| Fremont General Corporation<br>2727 East Imperial Highway<br>Brea, CA 92821<br>Attn: General Counsel | |

## TO BE SERVED BY THE DEBTOR-PLAINTIFF BY U.S. MAIL AFTER ENTRY OF ORDER

| Counsel for Defendants<br>Gregg W. Brugger<br>Katherine E. Hay<br>WATERS, McCLUSKEY & BOEHLE<br>200 North Sepulveda Blvd., Suite 300<br>El Segundo, CA 90245 | Hon. Barry Russell<br>Mediation Program Administrator<br>United States Bankruptcy Court<br>255 East Temple Street, Suite 1660<br>Los Angeles, California 90012 |
|---|---|
| Mediator<br>**GREGORY S. ABRAMS, ESQ.**<br>ASK Financial<br>17401 Ventura Boulevard, Suite B-21<br>Encino, CA 91316 | Alternate Mediator<br>**David A. Gill, ESQ.**<br>Dannning, Gill, Diamond & Kollitz LLP<br>2029 Century Park East, 3rd Floor<br>Los Angeles, CA 90067 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009     **F 9021-1.1**

| In re: Fremont General Corp., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 8:08-bk-13421-ES |
| Fremont General Corporation<br>vs.<br>National Relocation Services, Inc. | Adversary No.: 8-08-ap-1470-ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1901 Avenue of the Stars, 12th Floor, Los Angeles, CA 90067.

The foregoing document described **[Proposed] ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On May 8, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

See following page.

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On May 8, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

See following page.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                            **F 9013-3.1**

486745v1

| In re: Fremont General Corp., | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 8:08-bk-13421-ES |
| Fremont General Corporation<br>vs.<br>National Relocation Services, Inc. | Adversary No.: 8-08-ap-1470-ES |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 05/08/09 | Melissa Altamirano | |
|---|---|---|
| Date | Type Name | Signature |

## SERVICE BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Whitman L Holt     wholt@stutman.com
United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

## SERVICE BY U.S. MAIL

| Counsel for Defendants<br>Gregg W. Brugger<br>Katherine E. Hay<br>WATERS, McCLUSKEY & BOEHLE<br>200 North Sepulveda Blvd., Suite 300<br>El Segundo, CA 90245 | Hon. Barry Russell<br>Mediation Program Administrator<br>United States Bankruptcy Court<br>255 East Temple Street, Suite 1660<br>Los Angeles, California 90012 |
|---|---|
| Mediator<br>**GREGORY S. ABRAMS, ESQ.**<br>ASK Financial<br>17401 Ventura Boulevard, Suite B-21<br>Encino, CA 91316 | Alternate Mediator<br>**David A. Gill, ESQ.**<br>Dannning, Gill, Diamond & Kollitz LLP<br>2029 Century Park East, 3rd Floor<br>Los Angeles, CA 90067 |

## SERVICE BY OVERNIGHT MAIL

| The Honorable Erithe Smith<br>USBC - Central District of California<br>Ronald Reagan Federal Building and<br>United States Courthouse<br>411 West Fourth Street, Ste. 5041<br>Santa Ana, CA 92701-4593 | |
|---|---|

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009             **F 9013-3.1**

486745v1