| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| THEODORE B. STOLMAN (State Bar No. CA 52099)<br>WHITMAN L. HOLT (State Bar No. CA 238198)<br>STUTMAN, TREISTER & GLATT, PC<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 228-5600<br>Facsimile: (310) 228-5788<br><br>-AND-<br><br>ROBERT W. JONES (State Bar No. TX 10951200)<br>BRENT R. MCILWAIN (State Bar No. TX 24013140)<br>PATTON BOGGS LLP<br>2001 Ross Avenue, Suite 3000<br>Dallas, TX 75201-8001<br>Telephone: (214) 758-1500<br>Facsimile: (214) 758-1550<br><br>Attorneys for Plaintiff Fremont General Corporation;<br>Reorganization Counsel for Debtor and Debtor in Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>FREMONT GENERAL CORPORATION<br><br>                 Debtor. | CHAPTER 11<br><br>CASE NO.: 8:08-bk-13421-ES<br><br>ADVERSARY NUMBER: 8:08-ap-01470-ES |
|---|---|
| FREMONT GENERAL CORPORATION<br>                 Plaintiff,<br><br>VS.<br><br>NATIONAL RELOCATION SERVICES, INC., a California corporation, MIKE GARRETT, an individual, LANCE STRATTON, an individual, JOE MORRIS, an individual, CHARLES KNOTT, an individual, JOE KONGAIKA, an individual, IRENE ITO, an individual, and DOES 6-100<br>                 Defendants. | **SUMMONS AND NOTICE OF STATUS CONFERENCE**<br><br>ON FIRST AMENDED COMPLAINT |

**TO THE DEFENDANTS**: A First Amended Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the First Amended Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by _____, the Court may enter a judgment by default against you for the relief demanded in the First Amended Complaint.

A Status Conference on the proceeding commenced by the First Amended Complaint has been set for:

| Hearing Date: | Time: | Courtroom: 5A | Floor: 5th |
|---|---|---|---|
| ☐ 255 East Temple Street, Los Angeles | | ☐ 3420 12th Street, Riverside | |
| ☒ 411 West 4th Street, Santa Ana | | ☐ 1415 State Street, Santa Barbara | |
| ☐ 21041 Burbank Blvd., Woodland Hills | | | |

Summons and Notice of Status Conference — Page 2  **F 7004-1**

| In re (SHORT TITLE) | | CHAPTER: | 11 |
|---|---|---|---|
| Fremont General Corporation | Debtor(s). | CASE NO.: | 8:08-bk-13421-ES |

**PLEASE TAKE NOTICE** that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: _____

**JON D. CERETTO**
**Clerk of the Bankruptcy Court**

By: _____
    Deputy Clerk