| In re: Fremont General Corporation, a Nevada corporation | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 8:08-bk-1321-ES<br>ADV. PROC. NO. 8:08-ap-01470-ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **Stutman, Treister & Glatt, Professional Corporation, 1901 Avenue of the Stars, 12th Floor, Los Angeles, California 90067-6013**

The foregoing document described

1. **NOTICE OF REQUIREMENT TO COMPLY WITH RULE 7026 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND LOCAL BANKRUPTCY RULE 7026-1**

2. **SUMMONS AND NOTICE OF STATUS CONFERENCE ON FIRST AMENDED COMPLAINT**

3. **FIRST AMENDED COMPLAINT FOR (1) CONVERSION; (2) NEGLIGENCE; (3) BREACH OF IMPLIED CONTRACT; (4) UNFAIR COMPETITION; (5) UNJUST ENRICHMENT; (6) AVOIDANCE AND RECOVERY OF UNAUTHORIZED POSTPETITION TRANSFERS; (7) TURNOVER OF PROPERTY; (8) WILLFUL VIOLATION OF THE AUTOMATIC STAY; (9) DISALLOWANCE OF CLAIMS; AND (10) EQUITABLE SUBORDINATION FO CLAIMS**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 3, 2009**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Whitman L Holt on behalf of Plaintiff Fremont General Corporation
wholt@stutman.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov  ☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL** (indicate method for each person or entity served)**:**
On **September 3, 2009,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/3/2009 | Cheryl R. Woods | *Cheryl R. Woods* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
530690v1

**F 9013-3.1**

| In re: Fremont General Corporation, a Nevada corporation         Debtor(s). | CHAPTER 11<br>CASE NUMBER:  8:08-bk-1321-ES<br>ADV. PROC. NO. 8:08-ap-01470-ES |
|---|---|

## II. SERVED BY U.S. MAIL

Defendant
Lance Stratton
c/o National Relocation Services, Inc.
175 N. Riverview Drive
Anaheim, CA 92808

Defendant
Joe Morris
c/o National Relocation Services, Inc.
175 N. Riverview Drive
Anaheim, CA 92808

Defendant
Charles Knott
c/o National Relocation Services, Inc.
175 N. Riverview Drive
Anaheim, CA 92808t

Defendant
Joe Kongaika
c/o National Relocation Services, Inc.
175 N. Riverview Drive
Anaheim, CA 92808

Defendant
Irene Ito
c/o National Relocation Services, Inc.
175 N. Riverview Drive
Anaheim, CA 92808

The Honorable Erithe Smith
USBC - Central District of California
Ronald Reagan Federal Building &
United States Courthouse
411 West Fourth Street, Ste. 5041
Santa Ana, CA 92701-4593

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
530690v1

**F 9013-3.1**